IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED

APR 1 4 2026

CLERK OF COURT OF WESTERN DISTRICT
OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ELIZABETH GOSS

Criminal No. 26-11 Erie

[UNDER SEAL]

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Christian A. Trabold, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant ELIZABETH GOSS, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with Title 18, United States Code, Sections 1343 and 641.

Recommended bond: Detention.

Respectfully submitted,

TROY RIVETTI
United States Attorney

By:     /s/ Christian A. Trabold
        CHRISTIAN A. TRABOLD
        Assistant U.S. Attorney
        PA ID No. 75013