AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:26-cr-0011 |
| | ) | |
| | ) | |
| | ) | |
| ELIZABETH GOSS | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ELIZABETH GOSS                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1343 WIRE FRAUD; 18 U.S.C. 641 THEFT OF GOVERNMENT PROPERTY

**RECEIVED**
**By Jeff Kmiecik at 10:39 am, Apr 15, 2026**

| | |
|---|---|
| Katie Hall | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *Katie Hall* | 04/15/2026          Erie |
| Signature of Issuing Officer | Date and Location |

### Return

This warrant was received on *(date)*  15 Apr 26 , and the person was arrested on *(date)*  21 Apr 26
at *(city and state)*   Erie, PA .

Date: 21 Apr 26

_____
Arresting officer's signature

Martin Blue     Postal Inspector
Printed name and title